UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00219-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FRANCISCO VELAZQUEZ-NUNEZ, a/k/a Francisco Velazquez, a/k/a Francisco Nunez Velaquez,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Wednesday, June 9, 2010,** and responses to these motions shall be filed by **Friday, June 18, 2010.** It is

FURTHER ORDERED that a hearing on all pending motions and final trial preparation conference will not be set at this time. The parties shall contact Chambers if they desire to set a motions hearing or final trial preparation conference. It is

FURTHER ORDERED that a 2-day jury trial is set for **Monday, June 28, 2010, at 9:00 a.m. in courtroom A-1002.**

Dated: April 29, 2010

                BY THE COURT:


                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Chief United States District Judge