UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00219-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. FRANCISCO VELAZQUEZ-NUNEZ, a/k/a Francisco Velazquez, a/k/a Francisco Nunez Velaquez,

 Defendant.

---

## MINUTE ORDER
---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

 A Notice of Disposition was filed in the above matter on June 23, 2010. Accordingly, the jury trial set for June 28, 2010 is hereby **VACATED**. A Change of Plea hearing is set for **Monday, August 30, 2010 at 2:30 p.m. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

 Dated: June 23, 2010