**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | December 9, 2010 | Probation: | Keith Williams |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | Susana Cahill |
| E.C.R./Reporter: | Therese Lindblom | | |

Criminal Case No:  **10-cr-00219-WYD**              Counsel:

UNITED STATES OF AMERICA,                            Kurt J. Bohn

       Plaintiff,

v.

**1.  FRANCISCO VELAZQUEZ-NUNEZ,**              Robert W. Pepin
**a/k/a Francisco Velazquez, a/k/a**
**Francisco Nunez-Velazquez**,

       Defendant.

## SENTENCING

**11:11 a.m.**   Court in Session - Defendant present (in-custody)

       **Change of Plea Hearing - Thursday, September 30, 2010, at 2:30 p.m.**
       **Plea of Guilty - count one of Indictment**

       APPEARANCES OF COUNSEL.

       Interpreter sworn (Spanish).

       Court's opening remarks.

11:12 a.m.   Statement and argument on behalf of Defendant (Mr. Pepin).

11:19 a.m.   Statement and argument on behalf of Government (Mr. Bohn).

11:20 a.m.   Statement and argument on behalf of Defendant (Mr. Pepin).

11:22 a.m.      Statement by Defendant on his own behalf (Mr. Velazquez-Nunez).

                Court makes findings.

**ORDERED:**     Government's Motion for Decrease for Acceptance of Responsibility [doc. #20], filed October 28, 2010, is **GRANTED.**

**ORDERED:**     Defendant's Motion for Variant Sentence [doc. #23], filed November 17, 2010, is **DENIED.**

**ORDERED:**     Defendant be **imprisoned** for **15** months.

**ORDERED:**     Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:**     **Conditions** of **Supervised Release** are:

   (X)    Within 72 hours of release from the custody of the Bureau of Prisons, if not deported, defendant shall report in person to the probation office in the district to which the defendant is released.

   (X)    Defendant shall not commit another federal, state or local crime.

   (X)    Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

   (X)    Defendant shall comply with standard conditions adopted by the Court.

   (X)    Defendant shall not unlawfully possess a controlled substance.

   (X)    The Defendant shall refrain from the unlawful use of a controlled substance. If not deporter, defendant shall submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

   (X)    The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:**     **Special Condition(s)** of **Supervised Release** are:

   (X)    If the defendant is deported, he shall not re-enter the United States illegally. If the Defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of his return.

**ORDERED:**   Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**   Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis.

**ORDERED:**   Defendant is **REMANDED** to the custody of the U.S. Marshal.

**11:29 a.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   :18**